**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIM. NO. 7:15-CR-10-HL-TQL** |
| **v.** | **:** | |
| | **:** | |
| **JUSTIN YANUSHEFSKI** | **:** | |
| _____ | **:** | |

## <u>NOTICE OF DNA TESTING</u>

Under 18 U.S.C. § 3600, any defendant who is serving a federal sentence can make a motion to the court to have DNA testing done on any biological evidence in his case.   In order to make such a motion, the defendant must state under penalty of perjury that defendant is not guilty, and then request that DNA testing be done on any biological evidence.

Biological evidence is blood, hair, semen, saliva, skin tissue or other identified biological material.

If, after conviction, you request such a test, you must state, under penalty of perjury, that you are actually innocent.   If DNA testing is done on your motion and the results show that you are in fact guilty, then the Government could petition the court to have you held in contempt of court and ordered to pay the cost of the test or have your good time taken away by the prison system, or prosecuted for false assertions.   If convicted of false assertions, the sentence is not less than three years imprisonment which must follow the sentence that you are presently serving.

If you believe that there is biological evidence in your case which could be subject to DNA testing, you should discuss with your attorney and determine whether or not you wish to request such testing prior to trial.

Respectfully submitted, this 17th day of April 2015.

MICHAEL J. MOORE
UNITED STATES ATTORNEY


BY: */s/ Julia C. Bowen*
JULIA C. BOWEN
Assistant United States Attorney
Georgia Bar Number 046709
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Fax: (478) 621-2655

## CERTIFICATE OF SERVICE

I, Julia C. Bowen, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing ***Notice of DNA Testing*** by electronically filing said motion with the Clerk of the Court using the CM/ECF system.

Respectfully submitted, this 17th day of April 2015.

MICHAEL J. MOORE
UNITED STATES ATTORNEY


BY:  */s/ Julia C. Bowen*
JULIA C. BOWEN
Assistant United States Attorney
Georgia Bar Number 046709
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Fax: (478) 621-2655