Filed at 11:05 A M
4/27, 2015
B CL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO: 7:15-CR-10-HL |
| v. | : | |
| JUSTIN YANUSHEFSKI | : | |

### P L E A

I, **JUSTIN YANUSHEFSKI**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _Not Guilty_ this 27th day of _April_, 2015.

_____
JUSTIN YANUSHEFSKI
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY