# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

Filed at  12:00 P M
4/27, 20 15

BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

United States of America
v.

JUSTIN YANUSHEFSKI
*Defendant*

Case No. 7:15-CR-00010-001

1520-046-1060 J
Fid 4978 5362
97920-020

2015 APR 16 P 4:05

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JUSTIN YANUSHEFSKI
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

POSSESSION OF CHILD PORNOGRAPHY and DISTRIBUTION OF CHILD PORNOGRAPHY

Date: April 16, 2015

s/ Robin L. Walsh
*Issuing officer's signature*

City and state: Valdosta, Georgia

Robin L. Walsh, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4/16/15, and the person was arrested on *(date)* 4/27/15
at *(city and state)* Albany, GA

Date: 4/27/15

*Arresting officer's signature*

ERIC ECK SA
*Printed name and title*

Self Surrender Albany courthouse